```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

STEPHEN MATHIES,                  :
                                         Civil Action No. 10-6314 (NLH)
           Petitioner,            :

      v.                          :     **ORDER**

WARDEN PAUL M. SCHULTZ,           :

           Respondent.            :

   This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to § 2241; and for the reasons expressed in the Opinion issued this same day;

   IT IS, therefore, on this 16th day of November, 2011,

   ORDERED that the petition is hereby DISMISSED, without prejudice, for lack of jurisdiction; and it is further

   ORDERED that the Clerk of the Court shall close the Court's file in this matter.

   A certificate of appealability will not issue.


At Camden, New Jersey                /s/ Noel L. Hillman
                                     Noel L. Hillman
                                     United States District Judge